David A. Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
Tel: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
PATRICIA BURRESS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PATRICIA BURRESS,<br><br>           Plaintiff,<br><br>     vs.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC.; and DOES 1 to 10, inclusive,<br><br>           Defendants. | **Case No. CV-13-1821-PHX-MHB**<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1), Plaintiff PATRICIA BURRESS hereby voluntarily dismisses her claims, with prejudice, against Defendants THUNDERBIRD COLLECTION SPECIALISTS, INC.; and DOES 1 through 10, inclusive.

///

VOLUNTARY DISMISSAL
 CV-13-1821-PHX-MHB

1
2
                                                          Respectfully submitted,

3   Date: May 8, 2014                         By: /s/ David A. Chami, Esq.
4                                                    David A. Chami, Esq.
5                                                    Price Law Group
                                                   1204 E. Baseline Road Suite 102
6                                                  Tempe, AZ 85283
7                                                  Telephone: 818-907-2030
                                                 Fax: 818-205-2730
8                                                  Email: david@pricelawgroup.com

9                                                  *Counsel for Plaintiff Patricia Burress*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VOLUNTARY DISMISSAL
CV-13-1821-PHX-MHB